UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL PLEWINSKI, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-07-3529 |
| | § | |
| LUBY'S INC; dba LUBY'S, | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

Now before the Court is Defendant's Motion to Reconsider the Court's Order Granting Motion for Conditional Class Certification and Notice to Potential Collective Class Members (Doc. 55). On October 1, 2008, the Court entered an Order Granting Plaintiffs' Motion to Certify Class and approved Plaintiffs' proposed notice to potential class members. The following day, Defendant filed a Motion to Reconsider arguing that language in the Court's Order gave an impression that it had not considered Defendant's Supplemental Response filed in opposition to Plaintiffs' Motion to Certify. The Court is sympathetic to that impression, and has considered the possibility that the Supplemental Response was overlooked. Accordingly, the Court has fully reviewed all submissions made by the Parties, including the Supplemental Response. However, the Court still stands by the ruling in its October 1st Order. Future discovery and trial testimony will establish whether Defendant's actions were willful. The fee arrangement is adequately described, and Plaintiffs have presented sufficient evidence to include their allegations as stated in their proposed Notice. Accordingly, Defendant's Motion to Reconsider (Doc. 55) is **DENIED**.

**DONE** at Houston, Texas this the 6th day of November, 2008.

_____
Samuel B. Kent
United States District Judge