UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL PLEWINSKI, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-07-3529 |
| | § | |
| LUBY'S INC; dba LUBY'S, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant's Motion for Reconsideration (Doc. 58) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, this 10th day of February, 2009.

_____
SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE