IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL PLEWINSKI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:07-CV-03529 |
| | § | |
| LUBY'S, INC. d/b/a LUBY'S | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT LUBY'S SUPPLEMENTAL DESIGNATION OF ADDITIONAL EXPERT WITNESSES

Defendant Luby's, Inc. d/b/a Luby's (hereinafter "Luby's") respectfully files this Supplemental Designation of Additional Expert Witnesses.

Nancy Patterson
Morgan Lewis
1000 Louisiana St, Suite 4000
Houston, Texas 77010

Ms. Patterson will provide expert testimony regarding the reasonableness and necessity of attorneys' fees incurred in this matter.  Her testimony will be based on this knowledge and experience as a practicing attorney in Harris County.

- 2 -

Dated:  October 30, 2009	Respectfully submitted,

OF COUNSEL:

David B. Jordan
State Bar No. 24032603
Federal I.D. No. 40416
**Fulbright & Jaworski L.L.P.**
Fulbright Tower
1301 McKinney, Suite 5100
Telephone: (713)651-5151
Facsimile: (713)651-5246

    AND
Terrance Robinson
State Bar No.  17112900
Fed. I.D. No.  14218
Heidi Gumienny
State Bar No.  24036696
Fed. I.D. No. 36890
**Gordon & Rees L.L.P.**
1900 West Loop South, Suite 1000
Houston,  Texas 77027
Telephone:  (713) 961-3366
Facsimile:  (713) 961-3938

/s/ M. Carter Crow w/permission by David B. Jordan
M. Carter Crow
State Bar No.  05156500
Federal I.D. No.  15048
**Fulbright & Jaworski L.L.P.**
Fulbright Tower
1301 McKinney, Suite 5100
Telephone: (713)651-5151
Facsimile: (713)651-5246

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon opposing counsel either via First Class Mail, Return Receipt Requested or via electronic service pursuant to the applicable local rules on October 30, 2009.

Robert R. Debes, Jr.
Debes Law Firm
17 South Briar Hollow Lane, Suite 302
Houston, Texas 77027

Richard R. Burch
Bruckner Burch, PLLC
1415 Louisiana, Suite 2125
Houston, Texas 77002

                 /s/ David B. Jordan
                   David Jordan