IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DANIEL PLEWINSKI, on Behalf of Himself and Others Similarly Situated ] ] ] *Plaintiff*, ] ] ] v. ] ] LUBY'S, INC. D/B/A LUBY'S, ] ] *Defendant*. ] | CIVIL ACTION NO. 4:07-cv-3529 |

**Joint Motion to Approve Settlement and to Dismiss With Prejudice**

**I.**
**Basis for Motion**

On 10/25/07, Daniel Plewinski filed this case on behalf of himself and others similarly situated (hereinafter collectively referred to as "Plaintiffs"). (*Docket Entry # 1*).  On 10/1/08, this Court conditionally certified this case as a collective action. (*Docket Entry # 53*).  Notice was mailed to approximately 9,000 putative class members.  Approximately 1,090 class members filed consents to join this case.

Following the close of the opt-in period, the Parties conducted extensive document and deposition discovery – with more than fifty (50) witnesses being deposed, tens of thousands of documents exchanged, etc.  In addition, Defendant moved for summary judgment and decertification – both of which were denied by the Court.

In June 2010, the Parties attended mediation.  The Parties subsequently reached a settlement of their dispute.  The terms of the settlement are confidential.  The terms of the settlement have been approved by the Representative Plaintiff, Plaintiffs' counsel, Defendant,

and Defendant's counsel.  The settlement was negotiated at arms length, and was achieved after more than three (3) years of investigation, discovery, and negotiation.  The terms of the settlement are fair, reasonable, and in the best interest of all parties.

WHEREFORE, the parties respectfully request that this Court sign the accompanying order approving the settlement and dismissing this case with prejudice per Fed. R. Civ. P. 41, as well as for such other relief, at law and in equity, to which the parties may show themselves justly entitled.

Respectfully submitted,

*/s/ Richard J. (Rex) Burch*

_____
Richard J. (Rex) Burch
Texas State Bar No. 24001807
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788

**OF COUNSEL:**
**BRUCKNER BURCH PLLC**

Telecopier: (713) 877-8065
rburch@brucknerburch.com

**DEBES LAW FIRM**

*/S/ ROBERT R. DEBES, JR.*

By: _____
Robert R. Debes, Jr.
Texas State Bar No. 05626150
Federal I.D. 12308
17 South Briar Hollow Lane, Suite 302
Houston, Texas 77027
Telephone: (713) 623-0900

**OF COUNSEL:**
**DEBES LAW FIRM**

Telecopier: (713) 623-0951
bdebes@debeslaw.com

**COUNSEL FOR PLAINTIFFS**

          /s/ M. Carter Crow
M. Carter Crow
State Bar No. 05156500
Federal I.D. No. 15048
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
mcrow@fulbright.com

          s/ Terrence Robinson
Terrence Robinson
State Bar No. 17112900
Federal I.D. No. 14218

**OF COUNSEL:**
**GORDON & REES L.L.P.**

Gordon & Rees L.L.P.
1900 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 961-3366
Facsimile: (713) 961-3938
trobinson@gordonrees.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record via ECF delivery on this the 2nd day of November 2010 as follows:

M. Carter Crow
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Terrence Robinson
1900 West Loop South, Suite 1000
Houston, Texas 77027

          */s/ Robert R. Debes, Jr.*
          _____
          ROBERT R. DEBES, JR.