UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL PLEWINSKI, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-07-3529 |
| | § | |
| LUBY'S INC; dba LUBY'S, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

On this day came on to be considered the parties' joint motion to approve confidential settlement and to dismiss case with prejudice. The Court finds that the settlement is fair and reasonable to all parties, reflects an arms-length negotiation and compromise of disputed claims, and should be approved. Accordingly, it is

ORDERED that the parties' settlement is hereby approved and the case is hereby dismissed with prejudice to refiling same. All costs and attorneys' fees are taxed against the party incurring same.

SIGNED at Houston, Texas this 3rd day of November, 2010.

_____
Kenneth M. Hoyt
United States District Judge